UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JASON L. UPCHURCH | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-11-087 |
| | § | |
| CARDINAL CULINARY SERVICES, LLC, | § | |
| WESTERNGECO and | § | |
| ARIES MARINE CORPORATION | § | |

### ORDER OF DISMISSAL

Thomas Fitzhugh, acting as mediator, has informed this Court through a telephone call on October 30, 2012, that during the mediation process the case was settled.

It is, therefore, **ORDERED** that this cause be, and it is hereby, **DISMISSED** on the merits without prejudice to the right of any Party to move for reinstatement within **sixty (60)** days upon presentation of adequate proof that the settlement could not be perfected.

**DONE** at Galveston, Texas, this ____2nd____ day of November, 2012.

John R. Froeschner
United States Magistrate Judge